UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTIN IVIE,

               Plaintiff,

   v.

LUCY ANDERSEN, *et al.*,

               Defendants.

CASE NO. 3:20-cv-05028-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: May 1, 2020

     This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  This matter is before the Court on its order to submit an *in forma pauperis* ("IFP") application or to pay the filing fee in this matter.  *See* Dkt. 6.

     Plaintiff initiated this matter in January 2020 without paying the filing fee or providing the Court with an IFP application.  *See* Dkt. 1.  On January 14, 2020, the Clerk's Office wrote plaintiff and informed him that he needed to pay the filing fee or provide an IFP application.  *See* Dkt. 2.  Plaintiff failed to timely do so.

1 | The Court then issued a show cause order directing plaintiff that if he failed to pay the
2 | $400.00 filing fee for this matter or submit an IFP application on or before April 1, 2020, the
3 | matter would be dismissed without prejudice for failure to prosecute. Again, plaintiff has failed
4 | to timely take action and appears to have abandoned this matter.

5 | Therefore, the undersigned recommends that this case be dismissed without prejudice for
6 | failure to prosecute and failure to respond to a Court Order.

7 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
8 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
9 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
10 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
11 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
12 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
13 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **May 1, 2020**
14 | as noted in the caption.

15 | Dated this 16th day of April, 2020.

_J. Richard Creatura_
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2