# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MARTIN IVIE,

        Plaintiff,

v.

LUCY ANDERSEN,

        Defendant.

CASE NO. C20-05028 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    This case is **DISMISSED** without prejudice for failure to prosecute and comply with a court order; and

(3)    The Clerk shall enter JUDGMENT and close this case.

Dated this 12th day of May, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER